```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8               IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   2:10-CV-00223-WBS-GGH
                                     )
12          Plaintiff,                )   **APPLICATION AND ORDER FOR**
                                     )   **PUBLICATION**
13      v.                           )
                                     )
14  45 units, more or less, of the   )
    Model AOS-1M Ozone               )
15  Generator, articles of device,   )
    labeled in part:                 )
16                                   )
    "*** AOS-1M OZONE GENERATOR ***  )
17  APPLIED OZONE SYSTEMS MODEL      )
    AOS-1M VOLTS *** SERIAL *** 10072)
18  Streeter Rd. Suite 2 Auburn, CA  )
    95602 530-268-6690               )
19  www.appliedozone.com             )
    *** MADE IN USA ***"      and    )
20                                   )
    35 units, more or less, of the   )
21  Model AOS-1MD Ozone Generator,   )
    articles of device, labeled in   )
22  part:                            )
                                     )
23  "*** AOS-1MD *** APPLIED OZONE   )
    SYSTEMS MODEL AOS-1MD VOLTS ***  )
24  SERIAL *** 10072 Streeter Rd.    )
    Suite 2 Auburn, CA 95602         )
25  530-268-6690                     )
    www.appliedozone.com *** MADE IN )
26  USA ***,"                        )
                                     )
27          Defendants.               )
    ─────────────────────────────────)
28
```

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3. The defendant articles of device, as described in the above caption, are located in the city of Auburn, in Placer County, California.

4. Plaintiff proposes that publication be made as follows:

    a. One publication;

    b. Thirty (30) consecutive days;

    c. On the official internet government forfeiture site www.forfeiture.gov;

    d. The publication is to include the following:

        (1) The Court and case number of the action;

        (2) The date of the seizure/posting;

        (3) The identity and/or description of the property seized/posted;

        (4) The name and address of the attorney for the Plaintiff;

        (5) A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental

Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

    (6) A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: <u>January 21, 2010</u>  BENJAMIN B. WAGNER
           United States Attorney

           <u>/s/ Kristin S. Door</u>
           KRISTIN S. DOOR
           Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: January 29, 2010
        /s/ Gregory G. Hollows
        UNITED STATES MAGISTRATE JUDGE

10cv223.ord