```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8                   IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  2:10-CV-00223-WBS-GGH
                                   )
12              Plaintiff,         )  FINDINGS AND
                                   )  RECOMMENDATIONS
13        v.                       )
                                   )
14  45 units, more or less, of the )
    Model AOS-1M Ozone             )
15  Generator, articles of device, )
    labeled in part:               )
16                                 )
    "*** AOS-1M OZONE GENERATOR *** )  Date: N/A
17  APPLIED OZONE SYSTEMS MODEL    )  Time: N/A
    AOS-1M VOLTS *** SERIAL *** 10072 )  Dept: N/A
18  Streeter Rd. Suite 2 Auburn, CA )
    95602 530-268-6690             )
19  www.appliedozone.com           )
    *** MADE IN USA ***"    and    )
20                                 )
    35 units, more or less, of the )
21  Model AOS-1MD Ozone Generator, )
    articles of device, labeled in )
22  part:                          )
                                   )
23  "*** AOS-1MD *** APPLIED OZONE )
    SYSTEMS MODEL AOS-1MD VOLTS *** )
24  SERIAL *** 10072 Streeter Rd.  )
    Suite 2 Auburn, CA 95602       )
25  530-268-6690                   )
    www.appliedozone.com *** MADE IN )
26  USA ***,"                      )
                                   )
27              Defendants.        )
                                   )
28  _____
```

This matter came before the Honorable Judge Gregory G. Hollows on plaintiff United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant articles of device (hereafter "the defendant devices") to oppose plaintiff's motion. Based on plaintiff's motion and the files and records of the court, THE COURT FINDS as follows:

1. This action arose out of a Verified Complaint for Forfeiture *In Rem* filed January 27, 2010.

2. Plaintiff United States of America has moved this Court, pursuant to Local Rule 540, Rule 55(b) of the Federal Rules of Civil Procedure, and 21 U.S.C. § 334, for entry of default judgment of forfeiture against potential claimant Charles C. Ankeney.

3. Plaintiff has shown that a complaint for forfeiture was filed; that potential claimant Charles C. Ankeney received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; that neither Charles C. Ankeney nor any other potential claimants responded to the complaint or contested the forfeiture; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

1. That Charles C. Ankeney be held in default;

2. That plaintiff's motion for default judgment and final judgment of forfeiture be granted;

3. That a judgment by default be entered against any right, title or interest of potential claimant Charles C. Ankeney;

4. That, pursuant to 21 U.S.C. § 334(a)(2)(D), the

1 defendant devices be adjudged to be adulterated under the Federal
2 Food, Drug, and Cosmetic Act (hereafter "the Act"), 21 U.S.C. §§
3 351(f)(1)(B) and 351(h), and misbranded under the Act, 21 U.S.C.
4 §§ 352(o), 352(f)(1), 352(t)(2), and 352(j), and should be
5 condemned;
6     5.  That a final judgment be entered, forfeiting all right,
7 title and interest in the defendant devices to the United States
8 of America, to be disposed of according to law.
9     6.  That the Default Judgment and Final Judgment of
10 Forfeiture lodged herein be signed by the Honorable William B.
11 Shubb and filed by the Clerk of the Court.
12 Dated: August 2, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
United States Magistrate Judge

15 10cv223.fr