BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-CV-00223-WBS-GGH |
| ) | |
| Plaintiff, ) | DEFAULT JUDGMENT AND FINAL |
| ) | JUDGMENT OF FORFEITURE |
| v. ) | |
| ) | |
| 45 units, more or less, of the ) | |
| Model AOS-1M Ozone ) | |
| Generator, articles of device, ) | |
| labeled in part: ) | |
| ) | |
| "*** AOS-1M OZONE GENERATOR *** ) | Date: N/A |
| APPLIED OZONE SYSTEMS MODEL ) | Time: N/A |
| AOS-1M VOLTS *** SERIAL *** 10072 ) | Dept: N/A |
| Streeter Rd. Suite 2 Auburn, CA ) | |
| 95602 530-268-6690 ) | |
| www.appliedozone.com ) | |
| *** MADE IN USA ***"     and ) | |
| ) | |
| 35 units, more or less, of the ) | |
| Model AOS-1MD Ozone Generator, ) | |
| articles of device, labeled in ) | |
| part: ) | |
| ) | |
| "*** AOS-1MD *** APPLIED OZONE ) | |
| SYSTEMS MODEL AOS-1MD VOLTS *** ) | |
| SERIAL *** 10072 Streeter Rd. ) | |
| Suite 2 Auburn, CA 95602 ) | |
| 530-268-6690 ) | |
| www.appliedozone.com *** MADE IN ) | |
| USA ***," ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter came on before the Honorable Magistrate Judge Gregory G. Hollows on plaintiff United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any person or entity claiming an interest in the above-captioned defendant articles of device (hereafter "the defendant devices") to oppose plaintiff's motion. The Magistrate Judge has recommended that plaintiff's motion for default judgment be granted. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is

ORDERED, ADJUDGED AND DECREED:

1. The Magistrate Judge's Findings and Recommendations are adopted herein.

2. Charles C. Ankeney is held in default.

3. A judgment by default is hereby entered against any right, title or interest of Charles C. Ankeney in the defendant devices.

4. Pursuant to 21 U.S.C. § 334(a)(2)(D), the defendant devices are adulterated under the Federal Food, Drug, and Cosmetic Act (hereafter "the Act"), 21 U.S.C. §§ 351(f)(1)(B) and 351(h), and misbranded under the Act, 21 U.S.C. §§ 352(o), 352(f)(1), 352(t)(2), and 352(j) and are hereby condemned.

5. A final judgment of forfeiture is hereby entered, forfeiting all right, title and interest in the defendant devices to the United States, to be disposed of according to law.

//
//

6. All parties shall bear their own costs and attorneys' fees.

SO ORDERED, this <u>13th</u> day of <u>August</u>, 2010.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE